UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. PAXTON, et al.,<br><br>Appellants,<br><br>v.<br><br>BRENDAN QUINLAN, et al.,<br><br>Appellees. | Case No. 20-cv-1655-PJH<br><br>Bankr. Case No. 12-33036<br><br>**JUDGMENT** |

Pursuant to the order affirming the bankruptcy court's decision, the appeal is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 16, 2021

                                              /s/ *Phyllis J. Hamilton*
                                              PHYLLIS J. HAMILTON
                                              United States District Judge